UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

UNITED STATES OF AMERICA　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　vs.　　　　　　　　　　)　　Cause No.　3:12-CR-128(2) RLM
　　　　　　　　　　　　　　　　　　)
TIMOTHY WHITFIELD　　　　　　　)

OPINION AND ORDER

Timothy Whitfield pleaded guilty to violations of 18 U.S.C. 924(c) and 1962(c) in May 2013 and was sentenced to an aggregate term of 320 months. His sentence was reduced to 236 months in February 2015, and an amended judgment was entered at that time. Mr. Whitfield requested and received copies of the August 23, 2013 sentencing memorandum and docket sheet in 2014, before his sentence was modified, and filed a second request for copies of the memorandum, docket sheet, and "other important documents", after the amended judgment was entered.

Mr. Whitfield waived his right to appeal his conviction and sentence and to file a post-conviction proceeding in his plea agreement and hasn't identified which documents he deems "important," but the court GRANTS his request in all other respects and DIRECTS the Clerk to send Mr. Whitfield copies of the court's August 23, 2013 sentencing memorandum [Doc. No. 243], the amended judgment entered on February 12, 2015 [Doc. No. 314] and an updated docket sheet.

SO ORDERED.

ENTERED:　　November 19, 2015

_____/s/ Robert L. Miller, Jr._____
Judge
United States District Court